IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DIVISION

WILLIAM E. BOWHALL    (PRO-SE)
PLAINTIFF

V.

JOHNSON & JOHNSON INC. / McNeil-PPC. INC.
DEFENDANTS

Civil Action No.: 2:10-CV-601-WKW

RECEIVED
2010 JUL 14 P 3:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## COMPLAINT

1.) The parties named have manipulated the US Patent Office in a practice of deceptive Fraud and Embezzelment of the Angle head Toothbrush design; I created in 1975, in the city of Howell, Michigan. Anti-Trust violations and Monopolization of marketable designs and forseeable evolution of the product design features are subject to section 2 of the Sherman Act, and a violation of section 5 of the FTC Act. The later applies to improper acquisition of a Patent, or the unfair method of competition, as well as, Nondisclosure of known pertinent prior Art. In addition, a violation of Fiduciary duty has taken place as pertaining to Restatement of Torts, Section 757 and Restatement (Second) of Agency 395. An implied, or Quasi contract was infered concerning my property Artwork. Conspiracy and degredation of the US economy has occurred as result of inability to obtain full Patent rights and copyrights of a critical national concern in other areas of commercial Technologies and Arts. Finacial hardships have lead to undo pain & suffering and loss of business opportunities in music, Aerospace and the Transportation industries.

2.) WILLIAM E. BOWHALL   ph.# (334) 524-4598
2016 OLD LAFAYETTE HWY. OPELIKA, AL. 36801

WILLIAM E. BOXHALL          (PRO-SE)                CIVIL ACTION No.: _____
PLAINTIFF
    v.                                              2:10-CV-601-WKW-TFM
Johnson & Johnson Inc. / McNeil-PPC. Inc.
DEFENDANTS

3.) JOHNSON & JOHNSON INC. / MCNEIL-PPC. INC.
    199 GRAND YI W Rd., SKILLMAN NJ. 08558-9418

4.) I am the Artist / Technical designer of the original Angle head Toothbrush design which I created at the age of 14yrs. The design & blueprint was presented to a representative who kept the documents and presented a retainer check. A verbal contract was discussed at the time. The first known advertisement on National (TV) was in, or around 1979-80 by Johnson & Johnson depicting the (Reach) Toothbrush which highlighted the angle head design, shaped like a dental instrument. Minor alternate designs where employed which integrated the angle head feature after 1974. The later versions of the original design was implemented after common law and/or statutory law on patent ownership had expired. Patents obtained by Johnson & Johnson and their associates excluded my person as original designer. I was unaware of patent or copyright laws at the time.

5.) A class project was presented to my instructor Mr. Powelson at the Howell High School, in the school year 1974-75. This project was of an individual nature which included my angle head Toothbrush design. The project was never returned to me, but was obtained by a man representing the manufacturer Johnson & Johnson Inc. who visited my class room.

WILLIAM E. BOWHALL          (PRO-SE)           CIVIL ACTION No.: _____

PLAINTIFF

   V.

Johnson & Johnson Inc. / McNeil-PPC. Inc.     2:10 CV-601-WKW-TFM

DEFENDANTS

5.) (CONTINUED) He presented a check to me and asked if he could keep the documents of artwork. I stated an estimated price for each unit produced and sold on the market in the US and overseas. I was to get a percentage of all sales and that all monies due me where to be forwarded to the National Bank in downtown Howell, Michigan and that a Trust Account was to be established in my name (only..). I also stated that the land parcel nearby the High school was to be purchased for developement of a new High school. The account was never established, but a school was built in 1981, by a bond issue.

6.) A full accounting of (revenues) must be obtained by Johnson & Johnson and their associates and sub-licencee's to aquire proper financial accountability. Their are over fifteen manufactorers with disposition to the use of the angle head design in the US and overseas. I request all real properties, stock investments and patents secured as the result of my work sence 1974. I request compensation for the loss of education, business, research & developement of additional patent technologies, physical pain & sufferings and undo impoverashment. Financial accountability could reach into several Trillion dollars.

*William Bowhall*